Claude Neon Federal Company, appellant, v. John Racyzkowski, trading as East Side Motor Sales Company, appellee. Gen. No. 39,340.

Heard in the second division of this court for the first district at the February term, 1937. Opinion filed June 29, 1937.

Budinger & Cahill, for appellant; Joseph A. Cahill, of counsel. Stanley A. Wilczynski, for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.

W. R. Mitchell, trading as W. R. Mitchell and Company, appellee, v. Thomas J. Kane and Kane Fuel Company, appellants. Gen. No. 39,452.

Heard in the second division of this court for the first district at the April term, 1937. Opinion filed June 29, 1937.

William Shapiro, for appellants; William Shapiro, of counsel. Tarnopol, Flamm & Sideman, for appellee; Abner Sideman, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.

Owen Barton Jones and George A. Bates, appellees, v. Commonwealth Edison Company et al., appellees. Edward A. Leslie, appellant. Gen. No. 39,308.

Heard in the second division of this court for the first district at the February term, 1937. Opinion filed June 29, 1937.

Milton G. Manasse, for appellant; Avern B. Scolnik, of counsel. Pope & Ballard, for complainants-appellees; Herbert Pope, Ferris E. Hurd and Ralph E. Bowers, of counsel. Wilson & McIlvaine and Taylor, Miller, Busch & Boyden, for defendants-appellees.

Mr. Justice Scanlan delivered the opinion of the court.

Sixty-first and Calumet Apartments, Inc., appellee, v. Joseph Woo and Charles Lee, appellants. Gen. No. 39,426.

Heard in the second division of this court for the first district at the April term, 1937. Opinion filed June 29, 1937.

Charles A. Wagner, for appellants. Cummings & Wyman, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.